UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RAYVON RUTHERFORD and REGINALD GALLMAN,

                  Plaintiffs,

**PROPOSED ORDER TO PRODUCE**

-against-

**18-cv-10706(LMS)**

CITY OF MOUNT VERNON, SERGEANT FEGAN, POLICE
OFFICER ANTONINI, SHIELD #111, AND POLICE OFFICER
PUFF, SHIELD #110,
                Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants will take the video recorded oral deposition of plaintiff **REGINALD GALLMAN**, ID No. 19A0814 at Watertown Correctional Facility, 23147 Swan Road, Watertown, NY 13601 beginning on the 12th day of December 2019, at 11:00 a.m., and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by stenographic and/or audiovisual means.

**PLAINTIFF REGINALD GALLMAN**, ID No. 19A0814 is hereby **ORDERED** to be produced in a room that can accommodate the video link of the stenography company for his oral and videotaped deposition at Watertown Correctional Facility on December 12, 2019 at 11:00 a.m.

SO ORDERED:

_____
HON. LISA M. SMITH, U.S.M.J.

Dated: White Plains, New York
       November 15, 2019