UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HON. LISA MARGRET SMITH
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601



NOVEMBER 27, 2019

Re: <u>RUTHERFORD et al., v. THE CITY OF MT. VERNON et al., 18-cv-10706(LMS)</u>

Dear Judge Smith;

    This letter is in regard to the Defendants' Third Supplemental Disclosures. Two (2) disks and a thumb flash drive was delivered to me via legal mail, however WCDOC Assistant Warden Francis Delgrosso denied me access to view them unless he is provided with a court order. I did however view two disks on 11/21/19, the aforementioned disks were delivered the day after. Warden Delgrosso also happens to be a defendant in two seperate complaints that are currently pending in this very court. On information and belief, through a discussion with the section sgt. on duty today 11/27/19 during the 7-3 shift that security staff had to review the material first. These actions are causing me a henderence in preparing proper pleadings for my case and also violate my Constitutional Rights. Your Honor, I humbly ask that you send WCDOC a court order requiring them to allow me to review all material pertaining to these legal matters, and that they provide me special access to the law library so that I can properly prepare my pleadings in this case, as we are allowed limited access to the law library. Thank you for your time into these matters.

DATED: November 27, 2019

RESPECTFULLY SUBMITTED

RAYVON RUTHERFORD-180567
Pro se
P.O. Box 10
Valhalla, N.Y. 10595

cc: The Quinn Law Firm
399 Knollwood Rd. Suite 220
White plains, N.Y. 10603

Assistant Warden Francis Delgrosso
WCDOC
10 Woods Rd.
Valhalla, N.Y. 10595

Rayvon Rutherford #160567
P.O. Box 10
Valhalla, New York 10595

USMP
SDNY

Clerk
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RECEIVED
DEC 03 2019
U.S.D.C. W.P.