Copy Mailed by Chambers to Pro Se Plaintiffs of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTHERFORD, et al.,

                Plaintiffs,

   - *against* -

CITY OF MOUNT VERNON, et al.,

                Defendants.

18 CV 10706 (LMS)

ORDER

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

TO:    Warden of Downstate Correctional Facility, 121 Red Schoolhouse Road, P.O. Box 445, Fishkill, New York 12524-0445, or His Assistant;
          and
     Warden of Watertown Correctional Facility, 23147 Swan Road, Watertown, New York 13601-9340, or His Assistant.

ORDER:

    Rayvon Rutherford (DIN # 19R0986), currently housed in Downstate Correctional Facility, 121 Red Schoolhouse Road, P.O. Box 445, Fishkill, New York 12524-0445, and Reginald Gallman (DIN # 19A0814), currently housed in Watertown Correctional Facility, 23147 Swan Road, Watertown, New York 13601-9340, are Plaintiffs in the above-captioned civil action pending before the undersigned. The Warden of Downstate Correctional Facility, and the Warden of Watertown Correctional Facility, are **HEREBY ORDERED** to allow Rayvon Rutherford (DIN # 19R0986) and Reginald Gallman (DIN # 19A0814) to communicate with each other by letter in preparation for their case to be heard. This Order does not prevent the facilities from undertaking appropriate review procedures of the inmates' mail.

Dated: December 19, 2019
       White Plains, New York

**SO ORDERED,**

/s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] On January 3, 2019, the parties consented to the undersigned's jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c). ECF No. 14.