UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
RAYVON RUTHERFORD and REGINALD GALLMAN,

                            Plaintiffs,

                                      **PROPOSED ORDER TO PRODUCE**

         -against-                                 **18-cv-10706(LMS)**

CITY OF MOUNT VERNON, SERGEANT FEGAN, POLICE
OFFICER ANTONINI, SHIELD #111, AND POLICE OFFICER
PUFF, SHIELD #110,
                          Defendants.
---------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, **PLAINTIFF RAYVON RUTHERFORD**, DIN No.: 19R0986 is hereby **ORDERED** to be produced in a room in the Downstate Correctional Facility that can accommodate his right to view video evidence related to his above-captioned lawsuit.

       **PLEASE TAKE FURTHER NOTICE** that **PLAINTIFF RAYVON RUTHERFORD** is to be permitted to take notes about the video evidence and is to be afforded at least thirty (30) minutes to view the video evidence in its entirety.

                                                  SO ORDERED:

                                                  */s/ Lisa Margaret Smith*
                                                  HON. LISA M. SMITH, U.S.M.J.

Dated: White Plains, New York
        ~~December , 2019~~
        January 2, 2020