UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
RAYVON RUTHERFORD and REGINALD GALLMAN,

                          Plaintiffs,

                                                         **PROPOSED ORDER TO PRODUCE**

      -against-                                                   18-cv-10706(LMS)

CITY OF MOUNT VERNON, SERGEANT FEGAN, POLICE OFFICER ANTONINI, SHIELD #111, AND POLICE OFFICER PUFF, SHIELD #110,

                          Defendants.
-------------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants will take the video recorded oral deposition of plaintiff **RAYVON RUTHERFORD**, ID No. 19R0986 at Altona Correctional Facility, 555 Devil's Den Road, Altona, NY 12910 beginning on the 25th day of February 2020, at 11:00 a.m., and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by stenographic and/or audiovisual means.

     **RAYVON RUTHERFORD**, ID No. 19R0986 is hereby **ORDERED** to be produced in a room that can accommodate the video link of the stenography company for his oral and videotaped deposition at Watertown Correctional Facility on February 25, 2020 at 11:00 a.m.

                                                            SO ORDERED:

                                                            _____
                                                             HON. LISA M. SMITH, U.S.M.J.

Dated: White Plains, New York
        February    , 2020