UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

RAYVON RUTHERFORD, AND REGINALD GALLMAN,
                Plaintiffs,

v.

                                                           Application for the
                                                           Court to Request
                                                           Counsel

CITY OF MT. VERNON, SERGEANT FEGAN,        18-cv-10706 (LMS)
POLICE OFFICER ANTONINI, #111, AND
POLICE OFFICER PUFF, #110
                Defendants.

------------------------------------X

1. Plaintiffs Rutherford and Gallman respectfully submit this application to request the appointment of counsel.

2. Both plaintiffs feel that the assistance of an attorney would be in thier best intreast do to the fact that, though they surface knowledge of these proceedings they are laymen when it comes to proper litigation, and rules of the court. Also the complexity of the facts and legal issues being raised would be better handeled by professional with knowledge of law. Plaintiffs are not able to investigate crucial facts to the case, and defendants plead conflicting testimony about relevent evidence to this case. Lastly the facual issues are complicated in such away that trained attorneys would be more likely to uncover the truth.

3. Both plaintiffs have written several attorney to request representation to no avail.

4. Both Plaintiffs understand that if a lawyer volunteers to represent them and their lawyer learns that they can afford to pay for a lawyer, the lawyer may give this information to the court.

5. Plaintiffs understand that if their answers on the applic-

ation for the Court to Request Counsel are false, the case may be dismissed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Feb. 17, 2020

RESPECTFULLY SUBMITTED

SIGNED: [signature]

Rayvan Rutherford
19R0956
Altona, C-F
555 Devils Den Road
Box 3000
Altona, N.Y. 12910-3000

ALTONA CORRECTIONAL FACILITY
555 Devils Den Road, P.O. Box 3000
Altona, New York 12910

NAME: Rayvon Rutherford DIN: 94R0466

Pro se Intake unit
United States District court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

#Legal mail#