UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTHERFORD, et al.,

                      **Plaintiffs,**

      *- against -*

CITY OF MOUNT VERNON, et al.,

                      **Defendants.**

18 CV 10706 (LMS)

<u>ORDER</u>

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

TO: Warden of Watertown Correctional Facility, 23147 Swan Road, Watertown, New York 13601-9340, or His Assistant.

ORDER:

    On December 19, 2019, the undersigned issued an order directing the Wardens of Downstate Correctional Facility and Watertown Correctional facility to allow Rayvon Rutherford (DIN # 19R0986), currently housed in Altona Correctional Facility, and Reginald Gallman (DIN # 19A0814), currently housed in Watertown Correctional Facility, to communicate with each other in preparation for their case to be heard. ECF No. 55. The Court has been made aware that Rayvon Rutherford and Reginald Gallman have not been able to communicate in accordance with the Court's prior order. See ECF No. 72.

    The Warden of Watertown Correctional Facility is **HEREBY ORDERED** to permit Reginald Gallman (DIN # 19A0814) to receive phone calls and email and letter communications from Rayvon Rutherford in preparation for their case to be heard. This Order does not prevent the facility from undertaking appropriate review procedures of the inmate's mail.

Dated: March 02, 2020
       White Plains, New York

**SO ORDERED,**

Hon. Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] On January 3, 2019, the parties consented to the undersigned's jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c). ECF No. 14.