RECEIVED MAR 13 2020 HON. LISA MARGARET SMITH U.S.M.J.

Dear: Judge Lisa Margaret Smith

I'm send you the legal correspondence letter from a law firm that want's to look in our court matter — thank you

Reginald B. Gallard

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

**LEGAL CORRESPONDENCE**
**PRIVILEGED & CONFIDENTIAL**

Reginald Gallman
DIN #19A0814
Watertown Correctional Facility
23147 Swan Road
Watertown, New York 13601

    **Re:**    *Rutherford and Gallman v. City of Mount Vernon et al., 18 CV 10706*

Dear Mr. Gallman,

I hope this letter finds you well. I am a New York City-based attorney with the law firm of Loevy & Loevy, a nationally-recognized civil rights law firm with its primary office in Chicago, IL. Loevy & Loevy has successfully litigated many cases based on police misconduct, including cases involving wrongful convictions, unlawful arrests, and unlawful searches and seizures. Loevy & Loevy has successfully handled claims of unlawful strip and body cavity searches, as you have alleged in the above-captioned matter.

I am writing because I recently became aware of the lawsuit filed by you and Rayvon Rutherford, which contains allegations that are similar to allegations I am investigating on behalf of other individuals in other cases involving the Mount Vernon Police Department. I know that Mr. Rutherford recently requested that the court appoint counsel for the two of you. I am interested in exploring the possibility of representing you and Mr. Rutherford but will need about a month to investigate your case and determine whether or not we will be able to take on your case, assuming you would be interested in retaining us.

If this is of interest to you, I would suggest you take the following steps. First, inform me of your interest in discussing the possibility of representation, and I will arrange a visit. Second, inform the court that you are discussing the possibility of representation with an attorney and that you will know within a month whether or not the attorney will be able to take on the matter. Ask the court to stay your case for six weeks pending the outcome of these discussions.

**WATERTOWN CORRECTIONAL FACILITY**
P.O. BOX 168
WATERTOWN, NEW YORK 13601-0168

NAME: Ronald Sallins  DIN: 19A0814

United States District Court
Chambers of
Lisa Margaret Smith
United States Magistrate Judge
300 Quarropas St.
White Plains, New York 10601