RECEIVED MAR 23 2020 U.S.D.C. WP

March 18, 2020

United States District Court
Southern District of New York
Clerk of court / Pro Se Intake unit
300 Quarropas Street
White Plains, New York, 10601

Fr: Rayvon Rutherford - Pro Se

Re: Notice of Address change

Dear court clerk,

I currently have three pending docket numbers are 16cv-4872; 18cv-10706; and 18-cv-12049. I'm writing to make the court aware that I was just recently arrested for violation of parole and give the address of my holding facility.

Dutchess County Jail
150 North Hamilton Street
Poughkeepsie, New York 12601

Dated: March 18, 2020

Thank you
Rayvon Rutherford



Kelvin Rutherford
Dutchess County Jail
150 North Hamilton Street
Poughkeepsie, New York 12601

Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

DUTCHESS COUNTY JAIL

RECEIVED
MAR 23 2020
U.S.D.C.
WP