

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**35 Worth Street**
**New York, NY 10013**
Tel: 646.398.3909

June 18, 2020

*Via Certified Mail*
Rayvon Rutherford
26 Hammersley Avenue, c/o Isom,
Poughkeepsie, NY 12601

   Re: **Rutherford and Gallman v. City of Mount Vernon, et al.**
      <u>**18-CV-10706 (LMS)**</u>

Dear Mr. Rutherford:

  As you are aware, The Quinn Law Firm, PLLC represents the City of Mount Vernon and the individually-named Defendants in the above-referenced lawsuit.

  The purpose of this letter is to confirm that you still reside at 26 Hammersley Avenue, c/o Isom, Poughkeepsie, NY, US 12601. Please let us know if you will be moving anytime soon. Furthermore, we would like to set up a time and place to complete your deposition.

  I have enclosed a pre-paid, self-addressed envelope with this letter. I respectfully request that you send us a letter detailing your current living situation and your availability for a deposition. Furthermore, if you have access to a telephone, feel free to contact our office at (914) 997-0555 so that we can discuss the situation. I will update the Court and Mr. Gallman as to any conversation or correspondence that we have. I have also enclosed a copy of a letter written to Mr. Gallman.

  If you have any questions or concerns then please do not hesitate to include them in your letter. Thank you for your attention to this matter.

         Very truly yours,

         The Quinn Law Firm, PLLC

         Steven J. Bushnell, Esq.

SJB:jg
Enclosures
CC: U.S.M.J. Lisa Margaret Smith via *ECF*
    Plaintiff Reginald Gallman via *Certified USPS*