# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

September 30, 2020

## CANCELLATION  NOTICE

The telephonic status conference scheduled for October 8, 2020, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Rutherford, et al. v. City of Mount Vernon, et al., 18CV10706 (LMS), has been *cancelled* as this is Judge Smith's last day on the bench.  The parties will receive notice of the new conference date once the new Magistrate Judge takes the bench.

SO ORDERED: _/s/ Lisa Margaret Smith_  
Hon. Lisa Margaret Smith  
U.S.M.J.