```
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
_____

| | |
|---|---|
| RAYVON RUTHERFORD and REGINALD GALLMAN )<br>)<br>)<br>Plaintiffs,      )<br>)<br>v.                    ) No. 18 CV 10706<br>) (KMK)(AEK)<br>)<br>DET. CAMILO R. ANTONINI, Badge No. D111,  )<br>*et al*,                  )<br>Defendants.   ) | |

_____

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Karen A. Newirth, executed on January 11, 2021, Plaintiffs Rayvon Rutherford and Reginald Gallman, by and through their undersigned attorneys, will move this Court, at the Courthouse located at 300 Quarropas Street, White Plains, New York, at a date and time to be determined by this Court, for an order pursuant to Federal Rules of Civil Procedure 15(a)(2) and 21 for leave to amend the complaint.

Dated:    January 11, 2021
          Los Angeles, CA

**LOEVY & LOEVY**
By:  /s/ Karen A. Newirth
Karen A. Newirth
Tara Thompson
311 N. Aberdeen Street
Chicago, IL 60607
Tel:  (312) 789-4955
Fax:  (312) 588-7276

tara@loevy.com
karen@loevy.com
*Attorneys for Plaintiffs*

2