UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAYVON RUTHERFORD AND REGINALD GALLMAN,

                      Plaintiffs,

   -against-                                         18-CV-10706 (AEK)

DET. CAMILO R. ANTONINI, Badge No. D111;
DET. SGT. SEAN J. FEGAN, Badge No. DS001;
P.O. ROBERT G. PUFF, Badge No. 2154,
THE CITY OF MOUNT VERNON, POLICE OFFICER
BRIANNA M. MECCA, Badge No. 2177; DET.
KENNETH BRUCE, Shield No. D126; P.O.
DELFIM FERREIRA, Shield No. 2078; P.O.
JOSHUA D. HOWARD, Shield No. C2164; P.O.                *Jury Trial Demanded*
PATRICK KING, Shield No. 22113; DET. PETER
VITELLI, Shield No. D2055; DET. JESUS GARCIA,
Shield No. D161; DET. OSVALDO MEDINA,
Shield No. D170; P.O. JOSEPH B. VALENTE,
Shield No. 2059,

                      Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that **Marykate Acquisto, Esq.** of **The Quinn Law Firm** does hereby enter her appearance on behalf of defendants DET. CAMILO ANTONINI, DET. SGT. SEAN J. FEGAN, P.O. ROBERT PUFF, THE CITY OF MOUNT VERNON, POLICE OFFICER BRIANNA M. MECCA, DET. KENNETH BRUCE, P.O. DELFIM FERRIERA, POLICE OFFICER JOSHUA D. HOWARD, P.O. PATRICK KING, DET. PETER VITELLI, DET. JESUS GARCIA, DET. OSVALDO MEDINA, and P.O. JOSEPH B. VALENTE, in the above-captioned matter.

Dated: White Plains, New York
      May 19, 2021

                                      Respectfully submitted,

                                      THE QUINN LAW FIRM

By:    *Marykate Acquisto*
           Marykate Acquisto (MA 3041)
           399 Knollwood Road, Suite 220
           White Plains, New York 10603
           Tel: (914) 997-0555
           Fax: (914) 997-0550
           macquisto@quinnlawny.com