UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Rutherford et al.,

                Plaintiffs,                      **RESCHEDULING ORDER**

      -against-                                 18-cv-10706 (AEK)

City of Mount Vernon et al.,

                Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of recent public health developments related to the COVID-19 pandemic, the in-person conference scheduled for Wednesday, January 5, 2022 at 2:00 p.m. before Magistrate Judge Krause is hereby rescheduled to a **telephonic conference** that will take place on the same date at the same time.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  December 28, 2021
           White Plains, New York

                                                      **SO ORDERED.**

                                                   _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge