# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| RAYVON RUTHERFORD & REGINALD GALLMAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-10706-AEK |
| CITY OF MOUNT VERNON, ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, RAYVON RUTHERFORD & REGINALD GALLMAN.

Date: 10/04/2023

/s/Tara Thompson
*Attorney's signature*

Tara Thompson 5872700
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeden, Floor 3
Chicago, IL 60607

*Address*

tara@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*