UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
RAYVON RUTHERFORD and
REGINALD GALLMAN,

                    Plaintiffs,                    18 Civ. 10706 (AEK)

      *-against-*                         **ORDER**

CITY OF MOUNT VERNON; P.O. ROBERT
G. PUFF, Badge No. 2154; P.O. PETER
VITELLI, Shield No. 2055; DET. CAMILO R.
ANTONINI, Badge No. D111; and DET. SGT.
SEAN J. FEGAN, Badge No. DS001,

                    Defendants.
----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On Friday, January 26, 2024, after all evidence had been presented but before the case was submitted to the jury, Defendants moved for judgment as a matter of law as to certain of Plaintiffs' claims pursuant to Rule 50(a)(2) of the Federal Rules of Civil Procedure. After hearing oral argument, the Court addressed the motion on the record and ruled as follows:

      Defendants' motion as to Mr. Rutherford's claim against Det. Vitelli and Sgt. Puff for false arrest was GRANTED;

      Defendants' motion as to Mr. Rutherford's claim against Det. Vitelli and Sgt. Puff for failure to intervene to prevent his false arrest was GRANTED;

      Defendants' motion as to Mr. Gallman's claim against Det. Vitelli and Sgt. Puff for failure to intervene to prevent an unlawful search was GRANTED; and

All other components of Defendants' Rule 50(a)(2) motions were DENIED.

Dated: February 9, 2024
White Plains, New York

**SO ORDERED.**

_____
ANDERW E. KRAUSE
United States Magistrate Judge