UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RAYVON RUTHERFORD and
REGINALD GALLMAN,

                Plaintiffs,           **ORDER**

       -*against*-              18 Civ. 10706 (AEK)

CITY OF MOUNT VERNON; P.O. ROBERT
G. PUFF, Badge No. 2154; P.O. PETER
VITELLI, Shield No. 2055; DET. CAMILO R.
ANTONINI, Badge No. D111; and DET. SGT.
SEAN J. FEGAN, Badge No. DS001,

                Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  *See* Minute Entry dated March 25, 2024.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order.  Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  March 28, 2024
         White Plains, New York

                                                                _____
                                                                ANDREW E. KRAUSE
                                                                United States Magistrate Judge