UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X   18-CV-10706 (AEK)
RAYVON RUTHERFORD and :
REGINALD GALLMAN,
:
                                    Plaintiffs,           STIPULATION OF
: DISCONTINUANCE
   -against-
:
CITY OF MOUNT VERNON; P.O. ROBERT G. PUFF, Badge
No. 2154; P.O. PETER VITELLI, Shield No. 2055; DET. :
CAMILO R. ANTONINI, Badge No. D111; and DET. SGT.
SEAN J. FEGAN, Badge No. DS001, :

:
                                    Defendants.
------------------------------------------------------------------------- X

      WHEREAS during a mediation held with the Court (McCarthy, M.J.) on March 25, 2024, the parties agreed to the terms of a full and complete settlement of the above-captioned action, inclusive of all costs, expenses, disbursements and attorney's fees, and without any admission of liability or fault by any of the parties; it is now hereby

      STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties herein, that the above-captioned action shall be, and hereby is, dismissed with prejudice as against defendants Robert G. Puff, Peter Vitelli, Camilo R. Antonini, and Sean J. Fegan; and it is hereby further

      STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties herein, that the above-captioned action shall be, and hereby is, dismissed without prejudice as against defendant City of Mount Vernon, and that such dismissal shall be, without further action of the parties or Order of the Court, converted to a dismissal with prejudice ninety-days (90) from the date this Stipulation is So-Ordered by the Court; and is further hereby

STIPULATED AND AGREED that plaintiffs and the City of Mount Vernon shall forthwith finalize a settlement agreement setting forth the agreement reached during the mediation held on March 25, 2024, and take all actions necessary to implement the terms of the agreement; and is further hereby

STIPULATED AND AGREED that facsimile signatures of this document shall be treated as an original and that this stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same document, and that fully executed copy of this document may be filed with the Court without further notice.

Dated: March 28, 2024

| LOEVY & LOEVY<br>Attorneys for Plaintiffs<br><br>/s/ Heather Lewis Donnell<br>Heather Lewis Donnell<br><br>311 N. Aberdeen Floor ¾<br>Chicago, IL 60608<br>(312) 243-5900 | THE QUINN LAW FIRM PLLC<br>Attorneys for Defendants<br><br>Lalit K. Loomba<br><br>399 Knollwood Road, Suite 220<br>White Plains, NY 10603<br>(914) 997-0555 |
|---|---|
| THE LAW OFFICES OF JARRETT ADAMS<br>Attorneys for Plaintiff<br><br>/s/ Jarrett Adams<br>Jarrett Adams<br><br>40 Fulton St. Floor 28<br>New York, NY 10038<br>(646) 880-9707 | |

SO ORDERED:

_____
United States Magistrate Judge